```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MARIO ELIGIO RODAS-CALDERON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARIO ELIGIO RODAS-CALDERON, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Cr.S. 08-222-EJG <br><br> **STIPULATION AND [PROPOSED] ORDER** <br><br> DATE: October 15, 2009 <br> TIME: 10:00 a.m. <br> JUDGE: Hon. Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendant, MARIO ELIGIO RODAS-CALDERON by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, October 2, 2009, be continued to Thursday, October 15, 2009, at 10:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. In addition, the parties are awaiting receipt of a pre-plea presentence

report which will be essential to the resolution of this case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for October 15, 2009, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) [reasonable time to prepare] (Local Code T4).

```
DATED: September 29, 2009    Respectfully submitted,

                             DANIEL J. BRODERICK
                             Federal Defender

                             /S/ Benjamin Galloway
                             BENJAMIN GALLOWAY
                             Assistant Federal Defender
                             Attorney for Defendant
                             MARIO ELIGIO RODAS-CALDERON


DATED: September 29, 2009    LAWRENCE G. BROWN
                             United States Attorney

                             /s/ Benjamin Galloway for
                             DANIEL McCONKIE
                             Assistant U.S. Attorney
                             Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including October 15, 2009, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

```
DATED: September 30, 2009.           /s/Edward J. Garcia
                                     EDWARD J. GARCIA
                                     United States District Judge
```